AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN** **DISTRICT OF** **TEXAS**

**UNITED STATES OF AMERICA**
**V.**
**Humberto MARQUEZ-Rocha**

**CRIMINAL COMPLAINT**

Case Number: L-14-PO7650

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 23, 2014** in **Webb** County, in the **Southern** District of **Texas** **Humberto MARQUEZ-Rocha** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer.

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Humberto MARQUEZ-Rocha, who admitted to being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on July 23, 2014.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/
Signature of Complainant

Carlos Hinojosa
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 29, 2014                                                          at    Laredo, Texas
Date                                                                              City and State

Diana Song Quiroga       , U.S. Magistrate Judge
Name and Title of Judicial Officer                                    Signature of Judicial Officer